BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Counsel for Defendant COLDCLEUGH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-02-0061 VRW |
| ) | |
| Plaintiff, ) | **STIPULATION REGARDING** |
| vs. ) | **SENTENCE REDUCTION UNDER** |
| ) | **U.S.S.G. AMENDMENT 706 (AS** |
| KEITH COLDCLEUGH, ) | **AMENDED BY 711)** |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The Court has indicated that it is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   25

   Criminal History Category:   V

   Guideline Range:        100-125

   Mandatory Minimum: 60 months

3. Defendant was sentenced to 100 months imprisonment on September 9, 2003.

4. Defendant's current projected release date is June 24, 2008.

Notice of App and Reduction Request          1

1  5.    Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §
2  3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission
3  Guidelines Manual.
4  6.    Defendant's revised guideline calculation is as follows:
5        Total Offense Level:   23
6        Criminal History Category:    V
7        Guideline Range:    84-105
8  7.    The parties have no reason to dispute the Reduction of Sentence Report submitted to the
9        Court by the probation office.
10 8.    Based upon the foregoing, the parties hereby stipulate that a sentence of 84 months is
11       appropriate in this matter.
12 9.    The parties further stipulate that all other aspects of the original judgment order including
13       the length of term of supervised release, all conditions of supervision, fines, restitution,
14       and special assessment remain as previously imposed.
15 10.   Defendant stipulates that he waives and does not request a hearing in this matter pursuant
16       to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220
17       (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472
18       F.3d 1167 (9th Cir. 2007).
19 11.   Defendant waives his right to appeal the district court's sentence.
20 12.   Accordingly, the parties agree and stipulate that an amended judgement may be entered
21       by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and
22 //
23 //
24 //
25 //
26 //

Notice of App and Reduction Request            2

1  USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines*
2  *Manual*.
3  IT IS SO STIPULATED:

4                                              /S/
5  Date:  3/18/08
                                               Rebecca Sullivan Silbert
6                                              Counsel for Keith Coldcleugh

7                                              /S/
8  Date:  3/5/08
                                               Brian Stretch
9                                              Assistant United States Attorney

10

11

12                              **ORDER**

13

14       Based on the above stipulation, the Court hereby ORDERS the following:
15  1.   The Court is making its own motion for a modification of the defendant's sentence
16       pursuant to 18 U.S.C. § 3582(c)(2);
17  2.   The original Judgment in the above-captioned case is AMENDED to impose a term of
18       imprisonment of **84 months**.  All other aspects of the original judgment, including the
19       length of term of supervised release, all conditions of supervision, fines, restitution, and
20       special assessment remain as previously imposed.
21  3.   Defendant's original guideline calculation was as follows:
22       Total Offense Level:   25
23       Criminal History Category:   V
24       Guideline Range:       100-125
25       Mandatory Minimum: 60 months
26  4.   Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

1 | 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

2 | Guidelines Manual;

3 | 5.    Defendant's revised guideline calculation is as follows:

4 |     Total Offense Level:   23

5 |     Criminal History Category:   V

6 |     Guideline Range:   84-105

7 | 6.    Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,

8 |     18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.*

9 |     *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir.

10 |     2007).

11 | 7.    Defendant has waived his right to appeal the sentenced imposed by this Order.

14 | Date: March 19, 2008

                Honorable Vaughn R. Walker
                Chief Judge, United States District Court